

# UNITED STATES DISTRICT COURT    SOUTHERN

## DISTRICT OF NEW YORK *NOTICE*

COLLEEN MCMAHON
Chief Judge

RUBY J. KRAJICK
Clerk of Court

Dated:
April 1, 2020

Contact:
Pro Se Intake (212) 805-0175

### SDNY Announces

### Temporary Acceptance of Pro Se Filings by Email

In response to the coronavirus/COVID-19 pandemic, the President of the United States has declared a national emergency and the Governor of New York has banned mass gatherings and ordered other restrictive measures throughout the state.

In order to protect the health of the public and staff while continuing court operations, effective April 1, 2020, and until further order of the Court, the United States District Court for the Southern District of New York has announced the <u>temporary</u> acceptance of filings via email from pro se parties without electronic filing privileges.

Pro se parties who do not have electronic filing privileges, or who are unable to send documents by email, may continue to submit documents by regular mail or through the depository box located in the lobby of the U.S. Courthouse at 500 Pearl Street, New York, NY, or the U.S. Courthouse at 300 Quarropas Street, White Plains, NY.

These changes are detailed in a Standing order of the Court and an Addendum to the court's <u>ECF Rules & Instructions</u> (attached).

Questions may be directed to the Pro Se Intake unit at (212) 805-0175.

THE HON. CHARLES L. BRIEANT JR.    THE DANIEL PATRICK MOYNIHAN FEDERAL BUILDING AND COURTHOUSE   UNITED STATES COURTHOUSE
300

###

QUARROPAS STREET
500 PEARL

STREET, ROOM 820 WHITE PLAINS, NY 10601-4150          NEW YORK, NY 10007-1312          UNITED STATES COURTHOUSE
                                                              (212) 805-0500                                    40 FOLEY SQUARE
THE THURGOOD MARSHALL                                                                            NEW YORK, NY 10007

UNITED STATES DISTRICT COURT                              20mc179
SOUTHERN DISTRICT OF NEW YORK                    Judge Colleen McMahon

---

IN RE: CORONAVIRUS/COVID-19 PANDEMIC

---

                                                              M10-468
THIS MATTER RELATES TO:
                                                         STANDING ORDER
Temporary Provision for Pro Se Litigants  to
File by Email

---

WHEREAS in response to the coronavirus/COVID-19 pandemic, the President of the United States has declared a national emergency and the Governor of New York has banned mass gatherings and ordered other restrictive measures throughout the state, and in order to protect the health of the public and staff while continuing court operations, it is hereby

ORDERED effective April 2, 2020, and until further order of the Court, the court will accept filings via email from self-represented, or "pro se," litigants without electronic filing privileges.    Filings by pro se litigants submitted by email must be sent to Temporary_Pro_Se_Filing@nysd.uscourts.gov, and done in accordance with the procedures found in the April 2, 2020, Addendum to the court's ECF Rules & Instructions (attached).

Pro se parties with an email address are strongly encouraged to consent to receiving electronic service of case activity through notifications sent by email from the court's Electronic Case Filing (ECF) system by submitting the Consent to Electronic Service form (attached).

Pro se parties who do not have electronic filing privileges or who are unable to send documents by email may continue to submit documents by regular mail or through the drop box located in the lobby of the U.S. Courthouse at 500 Pearl Street, New York, NY, or the U.S. Courthouse at 300 Quarropas Street, White Plains, NY.

SO ORDERED.

Dated:        April 1, 2020
             New York, NY

_____
COLLEEN McMAHON
Chief United States District Judge

# Addendum to Electronic Case Filing Rules & Instructions

## April 1, 2020

## Temporary Acceptance of Pro Se Filings by Email

Background

In response to the coronavirus/COVID-19 pandemic, the President of the United States has declared a national emergency and the Governor of New York has banned mass gatherings and ordered other restrictive measures throughout the state.

In order to protect the health of the public and staff while continuing court operations, effective April 1, 2020, and until further order of the Court, the United States District Court for the Southern District of New York has announced the temporary acceptance of filings via email from pro se parties without electronic filing privileges (see details below).

Pro se parties who do not have electronic filing privileges or who are unable to send documents by email may continue to submit documents by regular mail or through the depository box located in the lobby of the U.S. Courthouse at 500 Pearl Street, New York, NY, or the U.S. Courthouse at 300 Quarropas Street, White Plains, NY.

Questions may be directed to the Pro Se intake Unit at (212) 805-0175.

Addendum to Electronic Case Filing Rules & Instructions
Temporary Acceptance of Pro Se Filings by Email – Page 2

ECF Rules - Section 1. Scope of Electronic Filing

1.1 *(IMPORTANT NOTE - due to the coronavirus/COVID-19 pandemic, in addition to accepting pro se filings in paper form, the court has announced the <u>temporary</u> acceptance of filings via email from pro se parties without electronic filing privileges.  See the April 1, 2020, Addendum to these Rules for further instructions*.)

Except as expressly provided and in exceptional circumstances preventing a party from filing electronically, all documents required to be filed with the Court must be filed electronically.  Any party unable to comply with this requirement must seek permission of the Court to file in the traditional manner, on paper.  Any such application made after regular business hours may be submitted through the night depository box maintained pursuant to Local Civil Rule 1.2.

Unless otherwise ordered by the Court, documents filed by *pro se* litigants must be filed in the traditional manner, on paper, and will be scanned and docketed by the Clerk's Office into the ECF system.

_____


<u>Instructions</u>


Procedures for Emailing Pro Se Documents for Filing

- Documents submitted electronically must be in PDF format, no larger than 10 megabytes;
- Documents to be filed may be emailed to Temporary_Pro_Se_Filing@nysd.uscourts.gov;
- Documents to be filed must be attached to the email;
- Documents must be signed by the filing party by either
    - (a) signing by hand and then scanning the document;
    - (b) signing electronically using a digital signature; or
    - (c) by typing: "s/Filer's Name;"
- The email and attached documents must contain the filer's name, address, and telephone number;
- For new cases, the subject line of the email must read "PRO SE FILING – NEW CASE;"
- For existing cases, the subject line of the email must read "PRO SE FILING – [case number];"
- A document submitted for filing by email does not have to be delivered to the court in hard copy form.

Limitations

- Pro Se filings emailed to any email address other than Temporary_Pro_Se_Filing@nysd.uscourts.gov will be disregarded;
- This email address is solely for submitting attached PDF documents for filing;
- Any additional comments, questions, or other messages in the email will be disregarded;  • Any additional correspondence included in the email will be disregarded.


Addendum to Electronic Case Filing Rules & Instructions
Temporary Acceptance of Pro Se Filings by Email – Page 3

Payment for New Cases

- For new cases for which the filing fee is to be paid, payment must be sent separately by mail, within
  21 days of filing, addressed to:

  Cashiers-Room 120, 500 Pearl Street, New York, NY 10007

- Personal checks will not be accepted.  Payment must be by money order or certified check, must include the case number and must be made payable to:

  Clerk, USDC, SDNY

- A pro se party seeking to waive the filing fee for a new case must include an Application to Proceed Without Prepaying Fees or Costs (IFP Application) form;

- 14 days after the mailing or emailing of any newly filed case, pro se filers should call the Pro Se Intake Unit at 212-805-0175, to learn the case number and the name of the assigned judge.

Sign-Up for Email Notifications

Pro Se parties without electronic filing privileges but with an email address are strongly encouraged to consent to receive electronic service of filings through notifications sent by email from the court's Electronic Case Filing (ECF) system.  Electronic service is faster than service by mail and is the same system used by attorneys.

Pro se litigants who wish to consent to receive electronic service must fill out the Consent to Electronic Service (for pro se cases) form.  You may disregard the instruction at the bottom of the form to return the form by mail and instead return the signed consent form by email, in PDF format, to: Temporary_Pro_Se_Filing@nysd.uscourts.gov

Pro se litigants who consent to receive electronic service of filings will no longer receive the same documents in paper form by mail.

If you consent to receiving electronic service, you will receive a Notice of Electronic Filing (NEF) by e-mail each time a document is filed in your case.  After receiving the NEF, you are permitted one "free look" at the document by clicking on the hyperlinked document number in the e-mail.  Once you click the hyperlink and access the document, you may not be able to access the document for free again.  After 15 days, the hyperlink will no longer provide free access.  Any time the hyperlink is accessed after the first "free look", or the first 15 days, you may be charged to view the document.  For this reason, you should print or save the document during the "free look" to avoid future charges.

Questions may be directed to the Pro Se intake Unit at (212) 805-0175.



**United States District Court**
**Southern District of New York**

Pro Se Office

# Pro Se (Nonprisoner) Consent & Registration Form to Receive Documents Electronically

Parties who are not represented by an attorney and are not currently incarcerated may choose to receive documents in their cases electronically (by e-mail) instead of by regular mail. Receiving documents by regular mail is still an option, but if you would rather receive them only electronically, you must do the following:

1.  Sign up for a PACER login and password by contacting PACER[1] at www.pacer.uscourts.gov or 1-800-676-6856;

2.  Complete and sign this form.

If you consent to receive documents electronically, you will receive a Notice of Electronic Filing by e-mail each time a document is filed in your case. After receiving the notice, you are permitted one "free look" at the document by clicking on the hyperlinked document number in the e-mail. Once you click the hyperlink and access the document, you may not be able to access the document for free again. After 15 days, the hyperlink will no longer provide free access. Any time that the hyperlink is accessed after the first "free look" or the 15 days, you will be asked for a PACER login and may be charged to view the document. For this reason, *you should print or save the document during the "free look" to avoid future charges.*

## IMPORTANT NOTICE

Under Rule 5 of the Federal Rules of Civil Procedure, Local Civil Rule 5.2, and the Court's Electronic Case Filing Rules & Instructions, documents may be served by electronic means. If you register for electronic service:

1.  You will no longer receive documents in the mail;

2.  If you do not view and download your documents during your "free look" and within 15 days of when the court sends the e-mail notice, you will be charged for looking at the documents;

3.  This service does *not* allow you to electronically file your documents;

4.  It will be your duty to regularly review the docket sheet of the case.[2]



**United States District Court**
**Southern District of New York**

Pro Se Office

---

[1] Public Access to Court Electronic Records (PACER) (www.pacer.uscourts.gov) is an electronic public access service that allows users to obtain case and docket information from federal appellate, district, and bankruptcy courts, and the PACER Case Locator over the internet.

[2] The docket sheet is the official record of all filings in a case. You can view the docket sheet, including images of electronically filed documents, using PACER or you can use one of the public access computers available in the Clerk's Office at the Court.

# CONSENT TO ELECTRONIC SERVICE

I hereby consent to receive electronic service of notices and documents in my case(s) listed below. I affirm that:

1. I have regular access to my e-mail account and to the internet and will check regularly for Notices of Electronic Filing;

2. I have established a PACER account;

3. I understand that electronic service is service under Rule 5 of the Federal Rules of Civil Procedure and Rule 5.2 of the Local Civil Rules, and that I will no longer receive paper copies of case filings, including motions, decisions, orders, and other documents;

4. I will promptly notify the Court if there is any change in my personal data, such as name, address, or e-mail address, or if I wish to cancel this consent to electronic service;

5. I understand that I must regularly review the docket sheet of my case so that I do not miss a filing; and

6. I understand that this consent applies only to the cases listed below and that if I file additional cases in which I would like to receive electronic service of notices of documents, I must file consent forms for those cases.

**Civil case(s) filed in the Southern District of New York:**

**Note:** This consent will apply to all cases that you have filed in this court, so please list all of your pending and terminated cases. For each case, include the case name and docket number (for example, John Doe v. New City, 10-CV-01234).

| | |
|---|---|
| Germano, Laura | |
| Name (Last, First, MI) | |

| Address | City | State | Zip Code |
|---|---|---|---|
| 7955 Irvine Center Dr. Irvine CA 92618 | | | |

| Telephone Number | E-mail Address |
|---|---|
| 657-321-5083 | lorikg1@yahoo.com |

| Date 1/05/23 | Signature Laura Germano |
|---|---|

**Return completed form to:**

Pro Se Office (Room 200)
500 Pearl Street
New York, NY 10007