CLOSED,ECF,PRO–SE,SUA–SPONTE

# U.S. District Court
## Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:23–cv–00125–LTS

Germano v. Beck et al  
Assigned to: Judge Laura Taylor Swain  
Cause: 28:1331 Fed. Question

Date Filed: 01/06/2023  
Date Terminated: 01/10/2023  
Jury Demand: None  
Nature of Suit: 440 Civil Rights: Other  
Jurisdiction: Federal Question

**Plaintiff**

**Laura Germano**  represented by  **Laura Germano**  
7955 Irvine Center Drive  
Orange County, CA 92618  
Email: lorikg1@yahoo.com  
PRO SE

V.

**Defendant**

**Jennifer Beck**

**Defendant**

**Vin Gopal**

**Defendant**

**Chris Williams**

**Defendant**

**Joann Downey**

**Defendant**

**Eric Houghtaling**

**Defendant**

**Chris Smith**

**Defendant**

**Loretta Weinberg**

**Defendant**

**John F. McKeon**

**Defendant**

**Kim Guadagno**

**Defendant**

**Corey Booker**

**Defendant**

**Judge Michael A. Guadango**

**Defendant**

**Judge Lisa P. Thornton**

**Defendant**

**Judge Teresa Kondrup Coyle**

**Defendant**

**Eliezer Sanchez–Siliver**

**Defendant**

**Jeffrey S. Chiesa**

**Defendant**

**John Hoffman**

**Defendant**

**Christy Golden**

**Defendant**

**Attorney Veronica E. Davis**

| Date Filed | # | Docket Text |
|---|---|---|
| 01/06/2023 | ï 1 | REQUEST TO PROCEED IN FORMA PAUPERIS. Document filed by Laura Germano..(rdz) (Entered: 01/10/2023) |
| 01/06/2023 | ï | Case Designated ECF. (rdz) (Entered: 01/10/2023) |
| 01/06/2023 | ï 3 | PRO SE CONSENT TO RECEIVE ELECTRONIC SERVICE. The following party: Laura Germano consents to receive electronic service via the ECF system. Document filed by Laura Germano..(rdz) (Entered: 01/10/2023) |
| 01/10/2023 | ï 4 | APPLICATION FOR THE COURT TO REQUEST PRO BONO COUNSEL. Document filed by Laura Germano.(sc) (Entered: 01/10/2023) |
| 01/10/2023 | ï | NOTICE OF CASE REASSIGNMENT – SUA SPONTE to Judge Laura Taylor Swain. Judge Unassigned is no longer assigned to the case. (sac) (Entered: 01/10/2023) |
| 01/10/2023 | ï 5 | TRANSFER ORDER: The Clerk of Court is directed to transfer this action to the United States District Court for the District of New Jersey. Whether Plaintiff should be permitted to proceed further without prepayment of fees, or should be appointed pro bono counsel, are determinations to be made by the transferee court. A summons shall not issue from this Court, and this order closes the case in |

| | | |
|---|---|---|
| | | this Court. The Court certifies, pursuant to 28 U.S.C § 1915(a)(3), that any appeal from this order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444–45 (1962). SO ORDERED. (Signed by Judge Laura Taylor Swain on 1/10/23) (rdz) Transmission to Office of the Clerk of Court for processing. (Entered: 01/11/2023) |
| 01/10/2023 | Ï | CASE TRANSFERRED OUT ELECTRONICALLY from the U.S.D.C. Southern District of New York to the United States District Court – District of District of New Jersey.(rdz) (Entered: 01/17/2023) |